## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

■

**Wesley BRENNAN, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Dec. 21, 2015.

Wesley Brennan, Pro Se.

Theron Richard Perez, Vincent R. Mazeski, Pennsylvania Department of Corrections, Mechanicsburg, for Department of Corrections.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the order of the Commonwealth Court is **AFFIRMED.**

■

**Edward L. WRIGHT, Appellant**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 21, 2015.

Edward L. Wright, Pro Se.

Alan Matthew Robinson, Kara W. Haggerty, Pennsylvania Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation & Parole.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the Order of the Commonwealth Court is AFFIRMED.

■

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Arthur PHILLIPS, Appellant.**

Superior Court of Pennsylvania.

Submitted Sept. 17, 2015.

Filed Dec. 14, 2015.

